UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN 26 2008
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. |
| SHAWNTELLE FISHER AKA SHANTAL TORREGROSSA, | ) | 4:08CR00391 CAS |
| Defendant. | ) | |

## INDICTMENT

### COUNTS ONE TO FOUR

The Grand Jury charges that:

On or about the dates listed below, within the Eastern District of Missouri,

### SHAWNTELLE FISHER AKA SHANTAL TORREGROSSA,

the Defendant herein, with reference to the matter listed below, did with the intent to deceive, willfully and knowingly used a social security account number, to wit: xxx-xx-7444, assigned to the defendant by the Commissioner of Social Security, having obtained that social security account number on the basis of false information furnished by defendant to the Commissioner of Social Security knowing that said number had been obtained on the basis of false information provided by him,

| COUNT | DATE | DOCUMENTED USE |
|---|---|---|
| 1 | May 28, 2005 | Dillards Credit Application |
| 2 | June 3, 2005 | Bank of America VISA Application |

| | | |
|---|---|---|
| 3 | June 22, 2005 | Vantage Credit Union Loan Application |
| 4 | June 29, 2005 | First Community Credit Union Loan Application |

All in violation of Title 42, United States Code, Section 408(a)(7)(A).

## COUNT FIVE

The Grand Jury further charges that:

Between on or about May 28, 2005 and September 13, 2005, within the Eastern District of Missouri,

**SHAWNTELLE FISHER AKA SHANTAL TORREGROSSA,**

the Defendant herein, in a matter affecting interstate commerce, knowingly and with intent to defraud used more than one unauthorized access device in order to obtain in excess of $1,000.00 in goods and services, to wit: defendants used fraudulently obtained account numbers from more than five businesses and financial institutions in order to purchase, and attempt to purchase, goods and services with a value exceeding $22,300.00, in violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
TRACY L. BERRY, 508314
Assistant United States Attorney